# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN DOUGLAS BIG EAGLE, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. CIV-14-342-R<br>) |
| JOHN WHETSEL, DAKESHA CARTER, and JERRY CHILDS, | )<br>)<br>) |
| Defendants. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin. Doc. No. 25. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety. Plaintiff's claims against the Defendants are dismissed without prejudice, and Plaintiff's Motion for Discovery (Doc. No. 20) is denied as moot.

IT IS SO ORDERED this 19th day of December, 2014.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE